

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2015

No. 04-15-00034-CV

**IN RE LERIN HILLS MUNICIPAL UTILITY DISTRICT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Jason Pulliam, Justice

On January 27, 2015, relator Lerin Hills Municipal Utility District filed a petition for writ of mandamus. This court requested a response to the petition, which was filed on February 18, 2015. The court has considered the petition for writ of mandamus and the response filed on behalf of the real parties in interest, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

In addition, after the real parties filed the response, relator filed original and amended motions to strike certain items included in the appendix to the response, as well as all references to those items contained in the body of the response. Because this court has discretion to consider or ignore any item provided as part of the record in determining the issues presented, relator's motion to strike is DENIED AS MOOT. *See In re C.A.K.*, 155 S.W.3d 554, 559 (Tex. App.—San Antonio 2004, pet. denied) (appellate court free to disregard matters included in record); *Roventini v. Ocular Sci., Inc.*, 111 S.W.3d 719, 726 (Tex. App.—Houston [1st Dist.] 2003, no pet.) (nothing in rules compels court of appeals to consider supplemental items in reaching a decision on the merits).

Relator's request for sanctions is DENIED.

It is so **ORDERED** on March 16, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 001-13-CON-CCL, styled *Lerin Hills Municipal Utility District v. Willis Jay Harpole and Dawn D. Harpole*, pending in the County Court at Law, Kendall County, Texas, the Honorable Bill R. Palmer presiding.